UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. |
| v. | : | 18 U.S.C. §§ 1343, 1346 (Pecuniary and Honest Services Wire Fraud) |
| **MELBA V. NORRIS,** | : | |
| **Defendant.** | : | **FILED UNDER SEAL** |

## ORDER

Upon consideration of the Government's Motion to Seal the Criminal Complaint and Arrest Warrant, concerning the above-defendant, it is hereby

**ORDERED** that the Criminal Complaint, the Affidavit of the United States for the Criminal Complaint, Arrest Warrant, and the Government's Motion to Seal, and this corresponding Court Order be sealed until further Order of this Court.

**ORDERED** that notwithstanding the sealing, the government may disclose the criminal complaint and arrest warrant in furtherance of its law enforcement and prosecution needs and discovery obligations.

DATE                    HONORABLE G. MICHAEL HARVEY
                        UNITED STATES MAGISTRATE JUDGE
                        for the DISTRICT OF COLUMBIA

Case: 1:20-mj-00203
Assigned to: Judge G. Michael Harvey
Assign Date: 10/15/2020
Description: COMPLAINT W/ARREST WARRANT

3